UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAE SUB CHOI, for himself and all others similarly situated, | Civil Action No.: 2:17-cv-05230 |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| SUSHI MARU EXPRESS CORP., SUSHI NARA, KOMOLO, INC., KEVIN KIM, HAK JAE LIM, ABC COMPANIES 1 - 50, and JOHN DOES 1-30; | |
| | ORDER |
| Defendants. | |

It is hereby stipulated and agreed by and between the attorneys for Plaintiff, Dae Sub Choi ("Plaintiff"), and attorneys for Defendants Sushi Maru Express Corp., Sushi Nara, Komolo, Inc., Kevin Kim, and Hak Jae Lim ("Defendants"), by and through their undersigned counsel who are authorized to enter this stipulation, that Plaintiff's action against Defendants is dismissed in its entirety with prejudice and without costs or attorneys' fees.

THE KIMM LAW FIRM
333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632

_____
Michael S. Kimm
ATTORNEYS FOR PLAINTIFF

Dated: 3/12, 2024

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Height, NJ 07922

_____
James M. McDonnell
Timothy D. Speedy
ATTORNEYS FOR DEFENDANTS

Dated: 5/25, 2024

SO ORDERED. March 26, 2024

_Andre M. Espinosa, U.S.M.J._